Richard H. Rea, Bar No. 017031
**LAW OFFICES OF FARLEY, CHOATE & WOOD**
**Not A Partnership**
Mailing Address
P.O. Box 258829
Oklahoma City, OK  73125-8829
Physical Address
2400 West Dunlap, Suite 305
Phoenix, AZ  85021
Direct Line: (602) 395-2034
office.blo9S@farmersinsurance.com

Attorney for Defendant *Corona Investments, LP, a California Entity, Formerly named Crown Investments, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shirley McClain, a single woman, | Case No.: 2:19-cv-02621-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DEFENDANT'S MANDATORY INITIAL DISCOVERY RESPONSES** |
| Crown Investments, LLC, an Arizona Limited Liability Company, John Does I-V, Jane Does I-V, White Corporations I-V, Black Partnerships I-V, | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

Defendant Corona Investments, LP, hereby gives notice of service of the following documents upon Plaintiff:

1.   Mandatory Initial Discovery Responses.

DATED this 28th day of May, 2019.

            LAW OFFICES OF FARLEY, CHOATE & WOOD

        BY: /s/ Richard H. Rea
           Richard H. Rea
           Attorney for Defendant *Corona Investments, LP, a California Entity, Formerly named Crown Investments, LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristopher K. Rezagholi
Law Offices of Kristopher K. Rezagholi PLLC
3030 N. 3rd Street, Ste. 600
Phoenix, AZ 85012
Attorney for Plaintiff McClain

 /s/ Merci Alejandro