Richard H. Rea, Bar No. 017031
**LAW OFFICES OF FARLEY, CHOATE & WOOD**
**Not A Partnership**
Mailing Address
P.O. Box 258829
Oklahoma City, OK  73125-8829
Physical Address
2400 West Dunlap, Suite 305
Phoenix, AZ  85021
Direct Line: (602) 395-2034
office.blo9S@farmersinsurance.com

Attorney for Defendant
  *Corona Investments, LP, a California Entity,*
  *Formerly named Crown Investments, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shirley McClain, a single woman, | ) Case No.: 2:19-cv-02621-DLR |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF DEPOSITION TO** |
| vs. | ) **PLAINTIFF SHIRLEY MCCLAIN** |
| | ) **TO BE VIDEOTAPED** |
| Crown Investments, LLC, an Arizona | ) |
| Limited Liability Company, John Does I-V, Jane Does I-V, White Corporations I-V, | ) |
| Black Partnerships I-V, | ) (Assigned to the Honorable Douglas L. Rayes) |
| | ) |
| Defendants. | ) |

YOU ARE HEREBY NOTIFIED that, pursuant to F.R.C.P. §§ 26 and 30, the

deposition will be recorded by stenographic, sound and visual means of the person whose

name and address are stated below at the time and place stated below before an officer

authorized by law to administer oaths.  A single video camera operated by a

representative of K-Video Productions, will be placed across the table and directed at the

deponent.

**PERSON TO BE EXAMINED:**          Shirley McClain

**DATE AND TIME OF DEPOSITION:**          August 29, 2019 at 10:00 am

**PLACE OF DEPOSITION:**     Law Offices of Farley, Choate & Wood
2400 West Dunlap, Suite 305
Phoenix, AZ  85021

**\*\*IF DEPONENT REQUIRES AN INTERPRETER, PLEASE ADVISE\*\***


DATED this 1st day July, 2019.

LAW OFFICES OF FARLEY, CHOATE
& WOOD

BY:   /s/ Richard H. Rea

Richard H. Rea
Attorney for Defendant Corona Investment,
LP, a California Entity, formerly named
Crown Investments, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

Kristopher K. Rezagholi
Law Offices of Kristopher K. Rezagholi PLLC
3030 N. 3rd Street, Ste. 600
Phoenix, AZ 85012
Attorney for Plaintiff McClain


Copy mailed to:

Bartelt & Nix
Court Reporters

K-Video
10214 N. Tatum Blvd., Ste. A1600
Phoenix, AZ 85028
Certified Videographer


Merci Alejandro